

FILED
CLERK, U.S. DISTRICT COURT
APR 2 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Johnny Jimenez Arellano DEFENDANT(S). | CASE NUMBER SA16-207M  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **Defendant**, IT IS ORDERED that a detention hearing is set for **4/25/16**, _____, at **1:00** ☐a.m. / ☒p.m. before the Honorable **Karen E. Scott**, in Courtroom **6B**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **4/22/16**

_____
KAREN E. SCOTT
U.S. District Judge/Magistrate Judge

---